12762

RADCLIFFE v. QUERY *ET AL.*, STATE TAX COMMISSION

(150 S. E., 352)

*Messrs. Benet, Shand & McGowan,* for appellant,

*Attorney General John M. Daniel,* and *Assistant Attorney Generals Cordie Page,* and *J. I. Humphrey,* for respondents,

November 12, 1929.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

For the reasons stated in the decree of his Honor, Judge Townsend, the same is affirmed and made the judgment of this Court.

MR. CHIEF JUSTICE WATTS, and ASSOCIATE JUSTICES BLEASE, STABLER, and CARTER, concur.